In the Matter of WALLACE A. KROYER, Appellant, against
J. EDWARD CONWAY et al., Constituting the Civil Service
Commission of the State of New York, Respondents.

Argued March 1, 1945; decided April 5, 1945.

*Henry K. Chapman* and *Wallace A. Kroyer,* in person, for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary. Jr., Orrin G. Judd* and *Alfred V. Thayer* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.